NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

SANOFI-AVENTIS, SANOFI-AVENTIS U.S. LLC,
AND DEBIOPHARM, S.A.,
*Plaintiffs-Appellees,*

v.

SANDOZ, INC., DABUR ONCOLOGY PLC,
DABUR PHARMA LIMITED, FRESENIUS KABI
ONCOLOGY, MUSTAFA NEVZAT ILAC SANAYII
A.S. (ALSO KNOWN AS MN PHARMACEUTICALS),
PAR PHARMACEUTICAL COMPANIES, INC., W.C.
HERAEUS GMBH, ABRAXIS BIOSCIENCE, INC.,
APP PHARMACEUTICALS LLC, NEW ABRAXIS,
INC., MAYNE PHARMA LIMITED, MAYNE
PHARMA (USA), INC., HOSPIRA AUSTRALIA PTY
LTD, HOSPIRA, INC., BARR LABORATORIES, INC.,
PLIVA-LACHEMA A.S., AND FRESENIUS KABI
PHARMA LIMITED,
*Defendants,*

AND

SUN PHARMACEUTICAL INDUSTRIES, LTD. AND
CARACO PHARMACEUTICAL LABORATORIES,
LTD.,
*Defendants-Appellants.*

2012-1028

Appeal from the United States District Court for the District of New Jersey in consolidated case no. 07-CV-2762, Judge Joel A. Pisano.

---

## ON MOTION

---

## ORDER

Sanofi-Aventis U.S. LLC, et al. move for a 14-day extension of time, until February 3, 2012, to file their response brief. The appellants oppose and move for "panel assignment and to set oral argument."

Pursuant to Fed. Cir. IOP #3, paragraph 1, "the clerk's office attempts to assign the appeal to the previous panel, to a panel including at least two members of the previous panel (if one of those members was the authoring judge), or to a panel that contains the authoring judge, if such a panel is otherwise constituted and available on a subsequent argument calendar." The motion for "panel assignment" is denied. The motion to "set oral argument" is also denied because, inter alia, the appellants did not significantly expedite the filing of their opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted. Further extensions should not be anticipated.

(2) The other pending motions are denied.

FOR THE COURT

JAN 0 9 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 9 2012

JAN HORBALY
CLERK

cc: William E. Solander, Esq.
    Daniel P. Shapiro, Esq.

s21